IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOORISH SCIENCE TEMPLE OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:14-cv-1935-P |
| J.P. MORGAN CHASE BANK, N.A., ET AL., | § § § § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and recommendations in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge.

The motion to proceed *in forma pauperis* [Dkt. No. 15] is DENIED. This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with the Court's June 4, 2014 Notice of Deficiency and Order requiring Plaintiff to obtain licensed counsel. This dismissal is without prejudice to Plaintiff's right to reopen the case if it pays the $350.00 filing fee and the $50.00 administrative fee within thirty (30) days of dismissal and an attorney permitted to practice before this Court enters his or her appearance on behalf of Plaintiff. The two pending motions to dismiss [Dkt.

Nos. 9 & 16] are DENIED without prejudice.

SO ORDERED this 16th day of January, 2015.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE